IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., ) Case Number<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL UNIONS OF )<br>PAINTERS AND ALLIED TRADES, )<br>AFL-CIO, CLC, DISTRICT COUNCIL )<br>#35, )<br>Defendant. ) | FILED<br>2005 FEB 28  A 10: 47<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>05  10380 WGY<br><br>CORPORATE DISCLOSURE STATEMENT |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Clear Channel Outdoor, Inc., furnishes the following list in compliance with L.R. 7.3:

Clear Channel Communication Outdoor, Inc.'s parent company is Clear Channel Communications, but no publicly held company owns 10% or more of its stock.

_____
George A. Berman

2/25/05
February 25, 2005