IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., Boston Division  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>INTERNATIONAL UNION OF  )<br>PAINTERS AND ALLIED TRADES,  )<br>AFL-CIO, CLC, DISTRICT COUNCIL #35)<br>)<br>Defendant.  ) | Civil Action No.: 05-CV-10380-WGY |

## MOTION FOR LEAVE TO ADMIT
## L. MICHAEL ZINSER AND GLENN E. PLOSA *PRO HAC VICE*

In accordance with Rule 83.5.3(b), George A. Berman, a member of the bar of Massachusetts, respectfully moves for the admission *pro hac vice* of L. Michael Zinser and Glenn E. Plosa of the Zinser Law Firm, P.C., 150 Second Avenue North, Suite, 410, Nashville, Tennessee 37201, (615) 244-9700 to appear and practice in this Court for this case as co-counsel for the Plaintiff, Clear Channel Outdoor, Inc.

As detailed in the Affidavits of Mssrs. Zinser and Plosa (attached hereto as Exhibits A and B, respectively) each is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice. There are no disciplinary proceedings pending against either of them as a member of the bar in any jurisdiction, and they are familiar with the local rules of the United States District Court for the District of Massachusetts.

Payment of the $50.00 admission fee each has been submitted to the Clerk of the Court. I have previously entered my appearance as counsel for the Plaintiff, Clear Channel Outdoor, Inc.

ID # 383204v01/2573-4/ 03.11.2005

WHEREFORE, George A. Berman hereby respectfully requests that the Court grant this Motion for Leave to Admit L. Michael Zinser and Glenn E. Plosa *pro hac vice*.

Respectfully submitted,

George A. Berman, Esq., BBO No. 040200
Marjunette deMagistris, Esq., BBO No. 648133
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100
(617) 951-2125

Dated: March 14, 2005

## CERTIFICATE OF SERVICE

I, Marjunette deMagistris, hereby certify that on this 14th day of March, 2005, I caused the foregoing Motion to Admit L. Michael Zinser and Glenn E. Plosa *Pro Hac Vice* to be served by first class mail, postage prepaid on:

John Conti, Esq.
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109

_____
Marjunette deMagistris

ID # 383204v01/2573-4/ 03.14.2005