IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., ) <br> Boston Division ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL UNION OF ) <br> PAINTERS AND ALLIED TRADES, ) <br> AFL-CIO, CLC, DISTRICT COUNCIL #35) <br> ) <br> Defendant. ) | Civil Action No.: 05-CV-10380-WGY |

## AFFIDAVIT OF L. MICHAEL ZINSER, ESQUIRE

I, L. MICHAEL ZINSER, declare:

1. I, L. Michael Zinser, hereby apply to the United States District Court for the District of Massachusetts, for permission to appear and participate as counsel in the above-entitled action on behalf of Clear Channel Outdoor, Boston Division. The matters set forth below are within my personal knowledge, and if called upon to testify thereto, I could and would do so competently and under oath.

2. I am a member of The Zinser Law Firm, P.C., 150 2nd Avenue North, Suite 410, Nashville, Tennessee 37201.

3. I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Supreme Court of Tennessee | 1975 |
| U.S. District Court, Middle District of Tennessee | 1976 |
| U.S. Court of Appeals, Sixth Circuit | 1976 |

1

| U.S. Supreme Court | 1980 |
| --- | --- |
| U.S. Court of Appeals, D.C. Circuit | 1980 |
| U.S. Court of Appeals, Third Circuit | 1981 |
| U.S. Court of Appeals, Seventh Circuit | 1985 |
| U.S. Court of Appeals, Fifth Circuit | 1991 |
| U.S. Court of Appeals, Ninth Circuit | 1994 |
| U.S. Court of Appeals, Fourth Circuit | 2002 |

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I agree to abide by the applicable standards of Professional Responsibility and am familiar with the applicable local rules of procedure and evidence necessary to argue before this tribunal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of March 2005 at Nashville, Tennessee.

_____
L. Michael Zinser