IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., ) <br> Boston Division ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL UNION OF ) <br> PAINTERS AND ALLIED TRADES, ) <br> AFL-CIO, CLC, DISTRICT COUNCIL #35) <br> ) <br> Defendant. ) | Civil Action No.: 05-CV-10380-WGY |

## AFFIDAVIT OF GLENN E. PLOSA, ESQUIRE

I, GLENN E. PLOSA, declare:

1. I, Glenn E. Plosa, hereby apply to the United States District Court for the District of Massachusetts, for permission to appear and participate as counsel in the above-entitled action on behalf of Clear Channel Outdoor, Boston Division. The matters set forth below are within my personal knowledge, and if called upon to testify thereto, I could and would do so competently and under oath.

2. I am an associate of The Zinser Law Firm, P.C., 150 2nd Avenue North, Suite 410, Nashville, Tennessee 37201.

3. I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Supreme Court of Tennessee | 2001 |
| United States District Court, Middle District of Tennessee | 2001 |
| Untied States Court of Appeals for the Sixth Circuit | 2001 |
| United States Court of Appeals for the Fourth Circuit | 2002 |

1

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I agree to abide by the applicable standards of Professional Responsibility and am familiar with the applicable local rules of procedure and evidence necessary to argue before this tribunal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of March 2005 at Nashville, Tennessee.

_____
Glenn E. Plosa