IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 15 P 1: 23
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., ) <br> Boston Division ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL UNION OF ) <br> PAINTERS AND ALLIED TRADES, ) <br> AFL-CIO, CLC, DISTRICT COUNCIL #35 ) <br> ) <br> Defendant. ) | Case Number 05-CV-10380-WGY |

### Certificate Pursuant To Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that, as attorney for the Plaintiff, Clear Channel Outdoor, Inc., I have attempted to confer with the Defendant's counsel, John Conti, Esq., and attempted in good faith to resolve or narrow the issues which are the subject of the Motion to Leave to Admit Mssrs. Zinsa and Plosa *Pro Hac Vice*.

Respectfully Submitted,

George A. Berman, BBO # 040200
Marjunette deMagistris, BBO # 648133
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
Telephone (617) 951-2100
Facsimile (617) 951-2125

Date: March 14, 2005

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Certificate was delivered to the following Counsel for the Defendant via first class mail, postage prepaid, this 14th day of March, 2005.

> John Conti, Esq.
> FEINBERG, CAMPBELL & ZACK, P.C.
> 177 Milk Street
> Boston, MA 02109

_____
Marjunette deMagistris