◥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Clear Channel Outdoor, Inc.

V.

Int'l Union of Painters & Allied
Trades, AFL-CIO, CLC. D.C. #35

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 10380 WGY

TO: (Name and address of Defendant) Int'l Union of Painters & Allied Trades

c/o John Conti, Esq.
Feinberg, Campbell & Zack, P.C.
177 Mil Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George A. Berman, Esq.
Peabody & Arnold, LLP
30 Rowes Wharf
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

(By) DEPUTY CLERK

DATE  FEB 28 2005

Filed stamp: '05 MAR 17 P 3:00 U.S. DISTRICT COURT DISTRICT OF MASS

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 7, 2005 |
| NAME OF SERVER (PRINT) Jonathan M. Conti | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): I, Jonathan M. Conti, Esq., accepted service on behalf of my client, Painters and Allied Trades District Council No. 35. I received the Summons and Complaint via mail on March 7, 2005.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/16/05
                Date

Signature of Server

177 Milk St. Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.