UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC.,<br>Boston Division<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL UNION OF<br>PAINTERS AND ALLIED TRADES<br>AFL-CIO, CLC, DISTRICT COUNCIL 35,<br><br>Defendant. | C.A. No. 05-CV-10380 WGY |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION

NOW COMES Defendant, Painters and Allied Trades District Council No. 35, pursuant to Local Rule 7.1(B)(3), and respectfully moves for Leave of Court to File a Reply Memorandum in Support of its Motion for a Preliminary Injunction. As grounds for its motion, Defendant states as follows:

1. Defendant Painters and Allied Trades District Council No. 35 filed its Motion for a Preliminary Injunction and Memorandum of Law in Support of its Motion for a Preliminary Injunction on March 25, 2005.

2. Plaintiff Clear Channel Outdoor filed its Memorandum in Opposition to Defendant Painters and Allied Trades District Council No. 35's Motion for a Preliminary Injunction on April 8, 2005.

3. Plaintiff's Opposition raises arguments not addressed in Defendant's initial Memorandum of Law.

4. A hearing on Defendant's Motion for a Preliminary Injunction is scheduled for April 27, 2005.

5. A Reply Memorandum from Defendant will provide Defendant with an opportunity to respond to Plaintiff's arguments prior to the hearing scheduled for April 27, 2005, thereby saving the Court's time at the hearing.

WHEREFORE, Defendant Painters and Allied Trades District Council No. 35 respectfully requests that its Motion be granted, and that the Court permit Defendant to file the attached Reply Memorandum.

> Respectfully submitted,
>
> For the Defendant,
> Painters and Allied Trades
> District Council No. #35
> By its Attorney,
>
> Jonathan M. Conti
> BBO # 657163
> Feinberg, Campbell & Zack, P.C.
> 177 Milk Street
> Boston, MA 02109
> (617) 338-1976

DATED: April __19__, 2005

2

## **CERTIFICATE OF COMPLIANCE**

I, Jonathan M. Conti, hereby certify that pursuant to Local Rule 7.1, I have conferred in good faith with counsel of record in this matter.

                                               Jonathan M. Conti

## **CERTIFICATE OF SERVICE**

I, Jonathan M. Conti, hereby certify that I caused a copy of the foregoing document to be served in hand upon George A. Berman, Esq., Peabody & Arnold, LLP, 30 Rowes Wharf, Boston, MA 02110 and via overnight mail to Glenn E. Plosa. Esq., The Zinser Law Firm, P.C., 150 Second Avenue North, Suite 410, Nashville, TN 37201.

                                               Jonathan M. Conti

April __19__, 2005