UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
CLEAR CHANNEL OUTDOOR, INC.,          )
Boston Division                       )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )   CIVIL ACTION
                                      )   NO. 05-10380-WGY
INTERNATIONAL UNION OF PAINTERS       )
AND ALLIED TRADES, AFL-CIO, CLC,      )
DISTRICT COUNCIL # 35                 )
                                      )
        Defendant.                    )
_____)

ORDER

YOUNG, C.J.                                              June 2, 2005

On May 2, 2005, the parties agreed to wait thirty days for this Court's ruling on their respective motions to vacate and confirm the January 31, 2005 arbitration decision of James Cooper. Clear Channel Outdoor, Inc.'s Petition to Vacate the arbitration decision is now DENIED. International Union of Painters and Allied Trades, AFL-CIO, CLC, District Counsel # 35's Petition to Confirm the arbitration decision is now ALLOWED.

SO ORDERED.

                                    _____
                                    WILLIAM G. YOUNG
                                    CHIEF JUDGE